1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                           ----oo0oo----

11

12   HEATHER MICHELLE WELCH,          No. 2:22-cv-1579 WBS DB

13              Plaintiff,

14        v.

15   NISSAN NORTH AMERICA, INC., a    ORDER RELATING CASES
     Delaware Corporation,
16
                Defendant.
17

18

19

20

21   HEATHER MICHELLE WELCH,          No. 2:22-cv-1800 MCE KJN

22              Plaintiff,

23        v.

24   NISSAN NORTH AMERICA, INC., a
     Delaware Corporation,
25
                Defendant.
26

27

28

                                   1

----ooOoo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both cases involve identical parties with almost identical claims that defendant breached express and implied warranties on vehicles purchased by plaintiff.[1]  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Welch v. Nissan North America, Inc., 2:22-cv-1579 WBS DB, and Welch v. Nissan North America, Inc., 2:22-cv-1800 MCE KJN, be, and the same hereby are, deemed related.  The case denominated Welch v. Nissan North America, Inc., 2:22-cv-1800 MCE KJN, shall be reassigned to the Honorable William B. Shubb.  Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Welch v. Nissan North America, Inc., 22-cv-1800 WBS DB.

---

[1]  Case No. 2:22-cv-1579 WBS DB involves a 2019 Nissan Sentra plaintiff purchased in 2019, and Case No. 2:22-cv-1800 MCE KJN involves a 2020 Nissan Sentra plaintiff purchased in 2020.

1    IT IS FURTHER ORDERED that the Clerk of the Court make

2  an appropriate adjustment in the assignment of cases to

3  compensate for this reassignment.

4  Dated:  November 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE