# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MICHELLE WELCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendants, | Case No.: 2:22-cv-01579-WBS-DB<br><br>*Senior Judge William B. Shubb*<br>*Magistrate Judge Deborah Barnes*<br><br>**ORDER REGARDING DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 22, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE